**See Court's Memo Endorsement below**

*Fischman & Fischman*
ATTORNEYS AT LAW
*2166 Broadway, Suite 6D*
*New York, New York 10024*
*(212) 274-0555*
*Facsimile (212) 274-0603*

June 7, 2023

LON PAUL FISCHMAN
DOREEN J. FISCHMAN

Honorable Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: MARIO J. REYES, v. YANKEE PIZZA RESTAURANT INC., DAVID 647 LLC, et al
Case No.: 1:22-cv-07551-JPC

Dear Judge Jennifer H. Rearden, U.S.D.J.,

The undersigned represents Defendant YANKEE PIZZA RESTAURANT INC., DAVID 647 LLC, and 647 EAST 11 RICATTO LLC (hereinafter referred to collectively as the "Defendants") in the above-captioned matter, and is hereby respectfully requesting an adjournment of the telephonic conference scheduled for June 9, 2023 at 8:30 a.m. for the reason that one of the Defendant's time to answer has been extended through July 14, 2023 and more importantly the parties have commenced settlement discussions and are optimistic of resolving this matter. There has been no previous request for this adjournment of the conference. My adversary B. Bradley Weitz, Esq. consents and joins in this request to continue settlement negotiations. I am also dealing with some health issues and the adjournment will make it possible to continue settlement negotiations.

The instant request does not affect any other scheduled date(s).

Thank you for your courtesy and consideration of this request.

Very truly yours

Fischman & Fischman
By: /s/ Doreen J. Fischman (2362)
ATTORNEYS FOR ALL DEFENDANTS
.

---

Application DENIED. The initial pretrial conference will take place, as scheduled, at 8:30 a.m. tomorrow (Friday, June 9, 2023) by telephone.

Please note that the parties have erroneously submitted a proposed Case Management Plan and Scheduling Order (*see* ECF No. 38-1) using Judge Vyskocil's, not this Court's, template. By **9:00 p.m. this evening**, the parties shall re-submit their Proposed Case Management Plan and Scheduling Order using this Court's template, which is available at https://nysd.uscourts.gov/hon-jennifer-h-rearden, along with a joint letter correctly addressed to this Court, *see* ECF No. 38.

The Clerk of Court is directed to terminate ECF No. 39.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, June 8, 2023